**Exhibit H**
**Sample Infringement of U.S. Patent No. 7,010,508 by Art of Beauty, Inc.**

The following analysis shows how each element of Claim 1 is literally present in the Accused Instrumentality.  Additionally, to the extent that some claim elements might later be deemed missing under a literal infringement analysis (*e.g.*, due to future claim construction), Landmark alternatively demonstrates the presence of equivalents for those elements under the doctrine of equivalents.  Further in the event that there is litigation between the parties, Landmark expects that these charts will be updated to reflect facts and information obtained during discovery.

| U.S. PATENT NO. 7,010,508 | INFRINGEMENT BY REPRESENTATIVE ACCUSED INSTRUMENTALITY |
|---|---|
| **Claim 1** | |
| **1.** An automated multimedia system for data processing which comprises: | Art of Beauty' website (https://www.artofbeauty.com//), hosted at IP address 66.6.173.46 (as of the preparation of these Contentions), together with the one or more servers that support its operation, and the stations that access it, comprises a multimedia system for data processing, including the elements below. |



**Source:** Defendant home page, available on the World Wide Web at https://www.Artofbeauty.com//

Defendant's website is designed to be accessed by computer stations. For example, the representative station discussed below accesses the Art of Beauty website through an Opera browser version 43.0, executing the HTML, JavaScript and CSS instructions that comprise Art of Beauty' website.

These codes are retrieved from, and controlled by, one or more servers used in conjunction with Art of Beauty' website.

| | | | |
|---|---|---|---|
| Site | http://artofbeauty.com | Domain registrar | unknown |
| Netblock Owner | Art of Beauty | Nameserver organisation | whois.register.com |
| Domain | artofbeauty.com | Organisation | unknown |
| Nameserver | DNS101.REGISTER.com | Hosting company | Fusion Connect |
| IP address | 66.6.173.46 (VirusTotal) | Top Level Domain | Commercial entities (.com) |
| DNS admin | root@REGISTER.com | DNS Security Extensions | unknown |
| IPv6 address | Not Present | Hosting country | 🇺🇸 US |
| Reverse DNS | www.artofbeauty.com | | |

**Source:** https://toolbar.netcraft.com/site_report?url=artofbeauty.com/

Art of Beauty' website exists for the purpose of engaging in transactions with users who access it and place orders thereon from a station.  The stations that access Art of Beauty' website are remote from the one or more servers that comprise Art of Beauty' website.  The stations access Art of Beauty' website for the purpose of processing product, account and transaction data.

The representative station is believed to share the same critical characteristics as the stations used by many of Art of Beauty' customers who are induced by Art of Beauty to infringe, as well as the stations Art of Beauty uses internally to directly infringe by designing, testing, accessing, and using the Art of Beauty website.

Upon information and belief, other remote stations operate in the same manner and perform the claimed limitation in the same manner as the charted representative station.

| **1a.** a computerized installation including a database, means for entering data into said database, and a program means for storing, processing, updating, and retrieving data items in response to coded requests from stations in communication with said installation; | The computerized installation of the Accused System comprises at least one or more servers used to host Art of Beauty website at https://www.Artofbeauty.com// (IP address 66.6.173.46, as of the preparation of these Contentions).  *See supra*.  Upon information and belief, the Accused System further comprises one or more databases for storing data items (*e.g.*, data concerning products, users, accounts, orders, and other information related to Defendant's online retail business).<br><br>Art of Beauty' website is programmed with HTML, JavaScript and CSS instructions to process a variety of inquiries and orders transmitted from stations, located remotely, via Hypertext Transfer Protocol (HTTP) and/or HTTP Secure (HTTPS).<br><br>For example, the screenshot shown below was taken after the HTML, JavaScript and CSS sent from the Accused System to the representative station was rendered on the video display of the representative station.  *See* Claim Element 1d(2).  The rendering of the page occurs in response to the station's receipt of HTTP Responses the computerized installation of the Accused System.  The computerized installation transmits an HTTP Response to the station in response to one or more HTTP Requests (coded requests) sent from the station. |



**Source:** https://www.artofbeauty.com/content/category/Zoya_Nail_Polish.html?col=ZP859

|  | Upon information and belief, information is entered, structured and maintained in a database and data items are retrieved in response to coded requests from stations in communication with the server installation.<br><br>The Accused System comprises means for entering data into said database in the form of a central processor (general computer processor), communication control unit (networking interfaces) and direct access memory (persistent and volatile memory).<br><br>The Accused System further comprises means for storing, processing, updating and retrieving data items in response to coded requests from stations in the form of the central processor (general computer processor), and programming and configuration instructions executed by the processor to write, processor, update and read data items stored in the database.  To preserve confidentiality of the data it is transmitted in encrypted form and data can only be stored, processed, updated and/or retrieved by authenticated and authorized users.<br><br>For example, in response to a coded request (*e.g.*, a HTTP Request), the computerized installation *stores* data items in the database (*e.g.*, storing username, password, first name, last name and address information in response to a request to create a new account; or storing product, price, date, shipping and billing information in response to a purchase order request). Other instances of storing data items in the database may exist. |

6



**Source:** https://www.artofbeauty.com



**Source:** https://www.artofbeauty.com/content/category/Zoya_Nail_Polish.html?col=ZP859

As another example, in response to a coded request (*e.g.*, an HTTP Request), the computer installation *processes* data items in the database (*e.g.*, processing of account credentials in the database in response to a login request; or processing of credit card information in response to a purchase order request).  Other examples of processing data items in the database may exist.



**Source:** Logging into an account causes data items in the database to be processed.  *See* https://www.Artofbeauty.com//checkout.php

9



**Source:** Submitting a purchase order causes data items in the database to be processed.  *See*  https:// artofbeauty.com//

As another example, in response to a coded request (*e.g.*, an HTTP Request), the computer installation *updates* data items in the database (*e.g.*, updating of user information such as shipping address; or updating product inventory levels and/or availability in response to a purchase order request).  Other examples of updating data items in the database may exist.



**Source:** Logging into an account causes data items in the database to be updated.  *See*  https://www.Artofbeauty.com//new-customer-registration.php

As another example, in response to a coded request (*e.g.*, an HTTP Request), the computer installation *retrieves* data items in the database (*e.g.*, retrieval of product information when an end-user browses products-for-sale; confirmation of a purchase order; or subsequent review of a historical purchase order).  Other examples of retrieving data items in the database may exist.



**Source:** Browsing product information causes data items in the database to be retrieved.  *See* https://www.Artofbeauty.com/



**Source:** Retrieving a password causes data items in the database to be retrieved.  *See* https://www.Artofbeauty.com//

Landmark contends that the representative station is representative of the computers and other devices (such as laptops, tablets, and smartphones) used by Art of Beauty' customers, as well as by Art of Beauty itself, which

13

|  | also transmit coded requests (*e.g.*, inquiries and orders) to Defendant's computerized installation. |
| --- | --- |
| **1b.** at least one station including a general purpose computer and a program applicable to said computer for sending said requests to said installation; | The Accused System is designed to communicate with one or more stations, each of which include a general purpose computer (*e.g.*, an Intel Pentium processor) and a program application to said computer for sending said requests to said installation (*e.g.*, Microsoft Windows Operating System, Opera Internet Browser and applicable device drivers). |
|  | For example, a representative station is an HP Compaq 6200 Pro Desktop PC (here, the claimed "station") uses an Intel Pentium G620 Dual-Core Processor (the claimed "data processor").  The HP Compaq 6200 Pro Desktop PC with Intel Pentium G620 Dual-Core Processor is provided as a non-limiting example. |

# QuickSpecs

HP Compaq 6200 Pro Series

*Overview*

## HP Compaq 6200 Pro Microtower Business PC



**Source:** QuickSpecs documentation for HP Compaq 6200 Pro Series computer at pg. 2, available from http://static.highspeedbackbone.net/pdf/HP Compaq 6200 Series Pro Desktop PC Quick Specs.pdf

# QuickSpecs

## HP Compaq 6200 Pro Series

### Standard Features and Configurable Components (availability may vary by country)

#### Processor

**Intel® Pentium® Processors**

Intel Pentium G620 Processor
    2.60 GHz, 3M cache, 2 cores/2 threads
    Intel HD Graphics

**Source:** QuickSpecs documentation for HP Compaq 6200 Pro Series computer at pg. 6, available from http://static.highspeedbackbone.net/pdf/HP Compaq 6200 Series Pro Desktop PC Quick Specs.pdf

This representative station is equipped with the Windows 7 operating system and Opera browser programs, which support the HTML, JavaScript and CSS program instructions that comprise Defendant's Art of Beauty. website.  The sample of code from Art of Beauty's website below shows that HTML, JavaScript and CSS program instructions are sent to the representative station in response to requests sent from the station to the installation (*e.g.*, when Defendant's site is accessed by the station's Opera browser).  The representative station processes the program instructions locally in order to use and display the Art of Beauty website.



**Source:** Screenshot of the homepage of Defendant's website.  *See* https://www.artofbeauty.com//

```
<html lang="en">
  ▶ <head>…</head>
  ▼ <body> == $0
    ▶ <div class="acsb-keynav-triggers acsb-force-visible acsb-ready" data-acsb="keynavTriggersWrapper" style="display: none;">…</div>
    ▶ <div style="display: none;" class="acsb-navigator acsb-force-visible acsb-ready" tabindex="0" aria-hidden="false" data-acsb="navigator">…</div>
    ▶ <div class="center-basic">…</div>
      <a class="skip_nav" href="#page_top" aria-label="Back to top" title="Back to top" alt="Back to top">Back to top</a>
    ▶ <div id="footer">…</div>
    ▶ <script>…</script>
    ▶ <script type="text/javascript">…</script>
    ▶ <script>…</script>
    ▶ <iframe id="czData" style="display:none;" src(unknown)>…</iframe>
    ▶ <iframe id="avochato-text-us" src="https://www.avochato.com/text_us/Vo9lnQqEzY?iframe_domain=https%3A%2F%2Fwww.artofbeauty.com%2F" style="position: fixed;
      bottom: initial; left: calc(50% - 150px); max-width: 95%; border: none; background: transparent; height: 0px; width: 0px; z-index: 2147483647; top: 0px;">…
      </iframe>
      <script src="https://acsbap.com/api/app/assets/js/acsb.js" id="acsbap" async defer></script>
      <div id="atlwdg-blanket" class="atlwdg-blanket" style="display: none;"></div>
      <div id="atlwdg-container" class="atlwdg-popup atlwdg-hidden"></div>
    ▶ <style class="acsb-styles">…</style>
    ▶ <div class="acsb-trigger acsb-bg-lead acsb-trigger-radius-50% acsb-trigger-offset-X-20 acsb-trigger-offset-y-20 acsb-ready acsb-trigger-position-x-left acsb-
      trigger-position-y-bottom acsb-trigger-size-small" tabindex="0" role="button" style="display: none; right: auto; left: 20px; top: auto; bottom: 20px; border-
      radius: 50%;" aria-label="Open the Accessibility Interface (Can also be opened using the Alt+9 Key)" data-acsb="trigger">…</div>
    ▶ <div class="acsb-widget acsb-widget-position-left acsb-ready acsb-widget-size-big" tabindex="-1" style="display: none;" aria-modal="true" aria-hidden="true"
      data-acsb="widget">…</div>
      <div data-acsb="blocker" data-acsb-option="close" class="acsb-widget-blocker acsb-ready" style="display: none;"></div>
    ▶ <div data-acsb="processor" class="acsb-processor acsb-ready" style="display: none;">…</div>
    ▶ <style type="text/css" class="acsb-dynamic-colors">…</style>
```

**Source**: Screenshot of HTML program instructions provided from Defendant's website to the station.  *See* https://www.artofbeauty.com//

```
          , x = function(e) {
              return null != e && e === e.window
          }
          , c = {
              type: !0,
              src: !0,
              nonce: !0,
              noModule: !0
          };
          function b(e, t, n) {
              var r, i, o = (n = n || E).createElement("script");
              if (o.text = e,
              t)
                  for (r in c)
                      (i = t[r] || t.getAttribute && t.getAttribute(r)) && o.setAttribute(r, i);
              n.head.appendChild(o).parentNode.removeChild(o)
          }
          function w(e) {
              return null == e ? e + "" : "object" == typeof e || "function" == typeof e ? n[o.call(e)] || "object" : typeof e
          }
          var f = "3.4.1"
            , k = function(e, t) {
              return new k.fn.init(e,t)
          }
            , p = /^[\s\uFEFF\xA0]+|[\s\uFEFF\xA0]+$/g;
          function d(e) {
              var t = !!e && "length"in e && e.length
                , n = w(e);
              return !m(e) && !x(e) && ("array" === n || 0 === t || "number" == typeof t && 0 < t && t - 1 in e)
          }
          k.fn = k.prototype = {
              jquery: f,
              constructor: k,
              length: 0,
              toArray: function() {
                  return s.call(this)
              },
              get: function(e) {
                  return null == e ? s.call(this) : e < 0 ? this[e + this.length] : this[e]
              },
              pushStack: function(e) {
```

Source: Screenshot of JavaScript program instructions provided from Defendant's website to the station. See https://www.artofbeauty.com//

```
25 @font-face {
26 font-family:"essonnes-display";
27 src:url("https://use.typekit.net/af/b73f74/00000000000000003b9ada63/27/1?primer=7cdcb44be4a7db8877ffa5c0007b8dd865b3bbc383831fe2ea177f62257a9191&fvd=i7&v=3") format("woff2"),url("https:/
28 font-display:auto;font-style:italic;font-weight:700;
29 }
30
31 @font-face {
32 font-family:"essonnes-headline";
33 src:url("https://use.typekit.net/af/c5b351/00000000000000003b9ada69/27/1?primer=7cdcb44be4a7db8877ffa5c0007b8dd865b3bbc383831fe2ea177f62257a9191&fvd=n7&v=3") format("woff2"),url("https:/
34 font-display:auto;font-style:normal;font-weight:700;
35 }
36
37 @font-face {
38 font-family:"essonnes-headline";
39 src:url("https://use.typekit.net/af/71815a/00000000000000003b9ada6a/27/1?primer=7cdcb44be4a7db8877ffa5c0007b8dd865b3bbc383831fe2ea177f62257a9191&fvd=i4&v=3") format("woff2"),url("https:/
40 font-display:auto;font-style:italic;font-weight:400;
41 }
42
43 @font-face {
44 font-family:"essonnes-headline";
45 src:url("https://use.typekit.net/af/34a029/00000000000000003b9ada6d/27/1?primer=7cdcb44be4a7db8877ffa5c0007b8dd865b3bbc383831fe2ea177f62257a9191&fvd=n4&v=3") format("woff2"),url("https:/
46 font-display:auto;font-style:normal;font-weight:400;
47 }
48
49 @font-face {
50 font-family:"mr-eaves-modern";
51 src:url("https://use.typekit.net/af/7a479b/00000000000000003b9adbb9/27/1?primer=7cdcb44be4a7db8877ffa5c0007b8dd865b3bbc383831fe2ea177f62257a9191&fvd=n4&v=3") format("woff2"),url("https:/
52 font-display:auto;font-style:normal;font-weight:400;
53 }
54
55 @font-face {
56 font-family:"mr-eaves-modern";
57 src:url("https://use.typekit.net/af/f119df/00000000000000003b9adbbe/27/1?primer=7cdcb44be4a7db8877ffa5c0007b8dd865b3bbc383831fe2ea177f62257a9191&fvd=n7&v=3") format("woff2"),url("https:/
58 font-display:auto;font-style:normal;font-weight:700;
59 }
60
61 @font-face {
62 font-family:"mr-eaves-sans";
63 src:url("https://use.typekit.net/af/49cf3f/00000000000000003b9adbca/27/1?primer=7cdcb44be4a7db8877ffa5c0007b8dd865b3bbc383831fe2ea177f62257a9191&fvd=n4&v=3") format("woff2"),url("https:/
64 font-display:auto;font-style:normal;font-weight:400;
```

**Source**: Screenshot of CSS program instructions provided from Defendant's website to the station.  *See* https://www.artofbeauty.com//

|  | Other stations that comprise a general-purpose computer and applicable programming for sending requests can also be used to send requests to the Art of Beauty website.  Non-limiting examples of such stations include other desktop and laptop computers offered by HP as well as desktop and laptop computers offered by other computer manufacturers (*e.g.*, Dell, Lenovo, Apple), which may be configured to use any of a plurality of operating systems (*e.g.*, Windows, OS X, Linux or Unix operating systems) and browsers (*e.g.*, Google Chrome, Windows Explorer, Opera, Firefox, Safari). |
|  | Furthermore, mobile devices such as tablets and cellphones (*e.g.*, Apple iPhone, Apple iPad, Samsung Galaxy, Amazon Fire, Microsoft Surface) also comprise a general purpose computer applicable to said computer for sending said requests to said installation.  These devices may be configured to use one of a plurality of mobile operating systems (*e.g.*, iOS, Android, Fire, Windows) and browsers (*e.g.*, Safari, Google Chrome, Samsung Internet, Firefox, Opera). |
| **1c.** means for communicating data back and forth between said installation and said station; | The Accused System comprises means for communicating data back and forth between said installation and said station in the form of a communication control unit at the installation, telephone lines or other communication networks and a modem or similar network interface at the station.  Art of Beauty *See supra* (showing that Art of Beauty' website is hosted by servers connected to the internet at IP address 66.6.173.46). |
|  | The screenshots below are of an HTTP Request (sent from station to installation) and the corresponding HTTP Response (sent from installation to station).  They evidence the claimed means for communicating data back and forth between the installation and station. |



**Source**: HTTP Network Response received by station from installation when accessing https://www.artofbeauty.com//

Alternatively, and to the extent that the claimed "means for communicating" is construed narrowly, Landmark contends that Art of Beauty' website and the one or more servers that host it employ the claimed "means for

| | |
|---|---|
| | communicating" through the doctrine of equivalents.  The Accused Instrumentality is capable of achieving substantially similar results (communicating between installation and station) using insubstantially different operations.  Interim physical layers and protocols (i.e., 3G, 4G, LTE and WiFi) which reach the internet are equivalents of communication through modems connected to analog telephone lines. |
| **1d.** said station further including: | As evidenced below, the stations intended for use with the Accused System, as evidenced by the HP Compaq 6200 Pro Desktop PC representative station, include:<br><br>1d(1). a mass memory and means associated therewith for storing and retrieving textual and graphical data;<br>1d(2). a video display and means associated therewith for displaying textual and graphical data;<br>1d(3). means for entering information into said computer;<br>1d(4). means for programming sequences of inquiring messages on said video display in accordance with preset routines and in response to said information;<br>1d(5). said sequences including instructions to an operator of said station for operating said station; and<br>1d(6). means for selectively and interactively presenting to said operator interrelated textual and graphical data describing a plurality of transaction options, and for selectively retrieving data from said mass memory.<br><br>The HP Compaq 6200 Pro Desktop PC with Intel Pentium G620 Dual-Core Processor is provided as a non-limiting example.<br><br>Other stations comprise the limitations stated above.  Non-limiting examples of such stations include other desktop and laptop computers offered by HP as well as desktop and laptop computers offered by other computer manufacturers (*e.g.*, Dell, Lenovo, Apple), which may be configured to use any of a plurality of operating systems (*e.g.*, Windows, OS X, Linux or Unix operating systems) and browsers (*e.g.*, Google Chrome, Windows Explorer, Opera, Firefox, Safari).<br><br>Furthermore, mobile devices such as tablets and cellphones (*e.g.*, Apple iPhone, Apple iPad, Samsung Galaxy, Amazon Fire, Microsoft Surface) also comprise the limitations stated above. These devices may be configured to use one of a plurality of mobile operating systems (*e.g.*, iOS, Android, Fire, Windows) and browsers (*e.g.*, Safari, Google Chrome, Samsung Internet, Firefox, Opera). |
| **1d(1).** a mass memory and means associated therewith for storing and retrieving textual and graphical data; | The station of the Accused System includes a mass memory including, but not necessarily limited to volatile and/or persistent memory, and means associated therewith for storing and retrieving textual and graphical data.<br><br>For example, a representative station is an HP Compaq 6200 Pro Desktop PC (here, the claimed "station"), which includes both volatile mass memory (*e.g.*, Random Access Memory a/k/a RAM) and persistent mass memory (*e.g.*, a hard drive), as evidence by the screenshots below. |

# QuickSpecs

HP Compaq 6200 Pro Series

- DDR3 Synchronous Dynamic Random Access Memory (SDRAM)

### System Memory

Part Number

HP 1 GB DIMM

AT023AA

### Data Storage Drives

**160-GB Hard Disk Drives**

HP 160GB 10K rpm SATA 3.0Gb/s 2.5" Hard Disk Drive

Includes 3.5" adapter

**Source**: QuickSpecs documentation for HP Compaq 6200 Pro Series computer at pg. 3, 7-8, available from http://static.highspeedbackbone.net/pdf/HP Compaq 6200 Series Pro Desktop PC Quick Specs.pdf.

The HP Compaq 6200 Pro Desktop PC can also be configured with a 250-GB, 300-GB, 320-GB, 500-GB, 750-GB, or 1-TB hard disk drive or an 80-GB, 120-GB, 128-GB, 160-GB or 256-GB solid state drive.  *See Id.*, at pg. 8-9.

The HP Compaq 6200 Pro Desktop PC with Intel Pentium G620 Dual-Core Processor is provided as a non-limiting example.

Other stations comprise a mass memory and means associated therewith for storing and retrieving textual and graphical data.  Non-limiting examples of such stations include other desktop and laptop computers offered by HP as well as desktop and laptop computers offered by other computer manufacturers (*e.g.*, Dell, Lenovo, Apple), which may be configured to use any of a plurality of operating systems (*e.g.*, Windows, OS X, Linux or Unix operating systems) and browsers (*e.g.*, Google Chrome, Windows Explorer, Opera, Firefox, Safari).  These stations further utilize volatile and persistent memory along with means associated therewith for storing and retrieving textual and graphical data.

Furthermore, mobile devices such as tablets and cellphones (*e.g.*, Apple iPhone, Apple iPad, Samsung Galaxy, Amazon Fire, Microsoft Surface) also comprise a mass memory and means associated therewith for storing and retrieving textual and graphical data.  These devices may be configured to use one of a plurality of mobile operating systems (*e.g.*, iOS, Android, Fire, Windows) and browsers (*e.g.*, Safari, Google Chrome, Samsung Internet, Firefox, Opera). These stations also further utilize volatile and persistent memory along with means associated therewith for storing and retrieving textual and graphical data.

| | |
|---|---|
| **1d(2).** a video display and means associated therewith for displaying textual and graphical data; | The station of the Accused System includes a video display including, but not necessarily limited to a monitor, internal display, touch screen, external display and/or equivalents thereto, and means associated therewith for displaying textual and graphical data.<br><br>For example, a representative station is an HP Compaq 6200 Pro Desktop PC (here, the claimed "station"), which includes both a monitor (denoted as item 9 in the figure below), a video signal output interface (for connecting the monitor to the station's general purpose computer), the station's processor and computerized instructions directing the operation of the processor to display textual and graphical data.<br><br><br>HP Compaq 6200 Pro Microtower Business PC<br><br>**Source**: QuickSpecs documentation for HP Compaq 6200 Pro Series computer at pg. 2, available from http://static.highspeedbackbone.net/pdf/HP Compaq 6200 Series Pro Desktop PC Quick Specs.pdf. |

| | |
|---|---|
| | The HP Compaq 6200 Pro Desktop PC with Intel Pentium G620 Dual-Core Processor is provided as a non-limiting example.<br><br>Other stations comprise a video display and means associated therewith for displaying textual and graphical data. Non-limiting examples of such stations include other desktop and laptop computers offered by HP as well as desktop and laptop computers offered by other computer manufacturers (*e.g.*, Dell, Lenovo, Apple), which may be configured to use any of a plurality of operating systems (*e.g.*, Windows, OS X, Linux or Unix operating systems) and browsers (*e.g.*, Google Chrome, Windows Explorer, Opera, Firefox, Safari).  These stations may further utilize monitors, internal displays and/or touch screens along with means associated therewith for displaying textual and graphical data.<br><br>Furthermore, mobile devices such as tablets and cellphones (*e.g.*, Apple iPhone, Apple iPad, Samsung Galaxy, Amazon Fire, Microsoft Surface) also comprise a video display and means associated therewith for displaying textual and graphical data.  These devices may be configured to use one of a plurality of mobile operating systems (*e.g.*, iOS, Android, Fire, Windows) and browsers (*e.g.*, Safari, Google Chrome, Samsung Internet, Firefox, Opera). These stations may also further utilize monitors, internal displays and/or touch screens along with means associated therewith for displaying textual and graphical data. |
| **1d(3).** means for entering information into said computer; | The station of the Accused System includes means for entering information into said computer, including but not necessarily limited to, a keyboard, touch pad, magnetic strip reader and interface for connecting the same to the station and/or equivalents thereto.<br><br>For example, a representative station is an HP Compaq 6200 Pro Desktop PC (here, the claimed "station"), which includes a keyboard (denoted as item 8 in the figure below). |

**Source**: QuickSpecs documentation for HP Compaq 6200 Pro Series computer at pg. 2, available from http://static.highspeedbackbone.net/pdf/HP Compaq 6200 Series Pro Desktop PC Quick Specs.pdf.

# QuickSpecs

HP Compaq 6200 Pro Series

## Input/Output Devices

HP PS/2 Standard Keyboard
HP USB Standard Keyboard
HP USB Keyboard with USB ports
HP USB Smart Card (CCID) Keyboard
HP USB Mini Keyboard
HP USB and PS/2 Washable Keyboard

HP PS/2 Optical Mouse
HP USB Optical Mouse
HP USB Laser Mouse
HP USB and PS/2 Washable Mouse

**Source**: QuickSpecs documentation for HP Compaq 6200 Pro Series computer at pg. 11, available from http://static.highspeedbackbone.net/pdf/HP Compaq 6200 Series Pro Desktop PC Quick Specs.pdf.

The HP Compaq 6200 Pro Desktop PC with Intel Pentium G620 Dual-Core Processor is provided as a non-limiting example.

Other stations comprise means for entering information into said computer. Non-limiting examples of such stations include other desktop and laptop computers offered by HP as well as desktop and laptop computers offered by other computer manufacturers (*e.g.*, Dell, Lenovo, Apple), which may be configured to use any of a plurality of operating systems (*e.g.*, Windows, OS X, Linux or Unix operating systems) and browsers (*e.g.*, Google Chrome, Windows Explorer, Opera, Firefox, Safari).  These stations may further utilize wired and/or wireless keyboards, touch pads, magnetic strip readers and/or a plurality of equivalents for entering information into said computer.

Furthermore, mobile devices such as tablets and cellphones (*e.g.*, Apple iPhone, Apple iPad, Samsung Galaxy, Amazon Fire, Microsoft Surface) also comprise means for entering information into said computer.  These devices may be configured to use one of a plurality of mobile operating systems (*e.g.*, iOS, Android, Fire, Windows) and browsers (*e.g.*, Safari, Google Chrome, Samsung Internet, Firefox, Opera).  These stations may further utilize wired and/or wireless keyboards, touch pads, magnetic strip readers and/or a plurality of equivalents for entering information into said computer.

| | |
|---|---|
| **1d(4).** means for programming sequences of inquiring messages on said video display in accordance with preset routines and in response to said information; | The station of the Accused System includes means for programming sequences of inquiring messages on said video display including, but not necessarily limited to, a processor and computerized instructions directing the operation of the processor, in accordance with preset routines and in response to said information.<br><br>For example, a representative station is an HP Compaq 6200 Pro Desktop PC (here, the claimed "station"), which includes Windows 7 operating system and Opera browser programs. The operating system and browser of the representative station are capable of receiving, processing and interpreting HTML, JavaScript and CSS programming instructions to cause the display of content on the video display. Defendant causes the display of inquiring messages on the video display by specifying the inquiring messages using HTML, JavaScript and CSS in accordance with preset routines and in response to said information entered into the computer using the means for entering.<br><br>Defendant uses the means for programming sequences of inquiring messages on the video display (including the creation of HTML, JavaScript and CSS code) to obtain information related to at least the following transaction options:<br>• Account creation;<br>• Account authentication;<br>• Shopping cart;<br>• Purchase order creation; and<br>• Product Review.<br><br>For example of an inquiring message is the user account authentication HTML form. The username and password fields are specified as HTML form input fields. When the form is submitted (an example of a preset routine), the browser of the representative station submits the form data using the specified action and method. Depending on the information entered in response to the inquiring message, the user may be logged into their account, or a subsequent inquiring message maybe displayed (*e.g.*, in response to an incorrectly entered password). |



**Source:** Logging into an account causes data items in the database to be processed.  *See* https://artofbeauty.com/



**Source**: Login page of Defendant's website after entering an incorrect password, available on the World Wide Web at https://www.Artofbeauty.com//new-customer-registration.

```html
<html lang="en">
  ▶ <head>…</head>
  ▼ <body> == $0
    ▶ <div class="acsb-keynav-triggers acsb-force-visible acsb-ready" data-acsb="keynavTriggersWrapper" style="display: none;">…</div>
    ▶ <div style="display: none;" class="acsb-navigator acsb-force-visible acsb-ready" tabindex="0" aria-hidden="false" data-acsb="navigator">…</div>
    ▶ <div class="center-basic">…</div>
      <a class="skip_nav" href="#page_top" aria-label="Back to top" title="Back to top" alt="Back to top">Back to top</a>
    ▶ <div id="footer">…</div>
    ▶ <script>…</script>
      <script type="text/javascript">…</script>
    ▶ <script>…</script>
    ▶ <iframe id="czData" style="display:none;" src(unknown)>…</iframe>
    ▶ <script>…</script>
    ▶ <iframe id="avochato-text-us" src="https://www.avochato.com/text_us/Vo9lnQqEzY?iframe_domain=https%3A%2F%2Fwww.artofbeauty.com%2F" style="position: fixed;
      bottom: initial; left: calc(50% - 150px); max-width: 95%; border: none; background: transparent; height: 0px; width: 0px; z-index: 2147483647; top: 0px;">…
      </iframe>
      <script src="https://acsbap.com/api/app/assets/js/acsb.js" id="acsbap" async defer></script>
      <div id="atlwdg-blanket" class="atlwdg-blanket" style="display: none;"></div>
      <div id="atlwdg-container" class="atlwdg-popup atlwdg-hidden"></div>
    ▶ <style class="acsb-styles">…</style>
    ▶ <div class="acsb-trigger acsb-bg-lead acsb-trigger-radius-50% acsb-trigger-offset-X-20 acsb-trigger-offset-y-20 acsb-ready acsb-trigger-position-x-left acsb-
      trigger-position-y-bottom acsb-trigger-size-small" tabindex="0" role="button" style="display: none; right: auto; left: 20px; top: auto; bottom: 20px; border-
      radius: 50%;" aria-label="Open the Accessibility Interface (Can also be opened using the Alt+9 Key)" data-acsb="trigger">…</div>
    ▶ <div class="acsb-widget acsb-widget-position-left acsb-ready acsb-widget-size-big" tabindex="-1" style="display: none;" aria-modal="true" aria-hidden="true"
      data-acsb="widget">…</div>
      <div data-acsb="blocker" data-acsb-option="close" class="acsb-widget-blocker acsb-ready" style="display: none;"></div>
    ▶ <div data-acsb="processor" class="acsb-processor acsb-ready" style="display: none;">…</div>
    ▶ <style type="text/css" class="acsb-dynamic-colors">…</style>
```

**Source**: HTML code pertaining to the screenshot above, available on the World Wide Web at https://www.Artofbeauty.com.  The HTML code show above is designed to be received and processed by a browser in order to display an inquiring message on the video display.

| | |
|---|---|
| | The HP Compaq 6200 Pro Desktop PC with Intel Pentium G620 Dual-Core Processor is provided as a non-limiting example. |
| | Other stations comprise means for programming sequences of inquiring messages on said video display. Non-limiting examples of such stations include other desktop and laptop computers offered by HP as well as desktop and laptop computers offered by other computer manufacturers (*e.g.*, Dell, Lenovo, Apple), which may be configured to use any of a plurality of operating systems (*e.g.*, Windows, OS X, Linux or Unix operating systems) and browsers (*e.g.*, Google Chrome, Windows Explorer, Opera, Firefox, Safari).  These stations are capable of receiving HTML code, processing HTML programming instructions and rendering HTML forms. |
| | Furthermore, mobile devices such as tablets and cellphones (*e.g.*, Apple iPhone, Apple iPad, Samsung Galaxy, Amazon Fire, Microsoft Surface) also comprise means for entering information into said computer.  These devices may be configured to use one of a plurality of mobile operating systems (*e.g.*, iOS, Android, Fire, Windows) and browsers (*e.g.*, Safari, Google Chrome, Samsung Internet, Firefox, Opera).  These stations are also capable of receiving HTML code, processing HTML programming instructions and rendering HTML forms. |
| **1d(5).** said sequences including instructions to an operator of said station for operating said station; and | The programming sequences of inquiring messages on said video display of the station of the Accused system include instructions to an operator of said station for operating said station.<br><br>Non-limiting examples of these instructions can be viewed along side the inquiring messages for the following transaction options:<br>• Account creation;<br>• Account authentication;<br>• Shopping cart;<br>• Purchase order creation; and<br>• Product review.<br><br>Account creation programming sequence, including inquiring messages and instructions to an operator of said station for operating said station in order to create an account. |



**Source**: https://www.Artofbeauty.com//new-customer-registration.php

Account login programming sequence, including inquiring messages and instructions to an operator of said station for operating said station in order to login to an account.



**Source**: https://www.Artofbeauty.com//new-customer-registration \

Shopping cart programming sequence, including inquiring messages and instructions to an operator of said station for operating said station in order to add, modify or remove items from a shopping cart.



**Source**:  https://www.artofbeauty.com/content/category/Zoya_Nail_Polish.html?col=ZP859

Purchase order programming sequence, including inquiring messages and instructions to an operator of said station for operating said station in order to create a purchase order.



**Source**:  https://artofbeauty.com/content/ShoppingCart

Product review programming sequence, including inquiring messages and instructions to an operator of said station for operating said station in order to review a product.



**Source**: https://www.Artofbeauty.com/

The HP Compaq 6200 Pro Desktop PC with Intel Pentium G620 Dual-Core Processor is provided as a non-limiting example.

Other stations comprise means for programming sequences of inquiring messages on said video display. Non-limiting examples of such stations include other desktop and laptop computers offered by HP as well as

| | |
|---|---|
| | desktop and laptop computers offered by other computer manufacturers (*e.g.*, Dell, Lenovo, Apple), which may be configured to use any of a plurality of operating systems (*e.g.*, Windows, OS X, Linux or Unix operating systems) and browsers (*e.g.*, Google Chrome, Windows Explorer, Opera, Firefox, Safari).  These stations are capable of receiving HTML code, processing HTML programming instructions and rendering HTML forms.<br><br>Furthermore, mobile devices such as tablets and cellphones (*e.g.*, Apple iPhone, Apple iPad, Samsung Galaxy, Amazon Fire, Microsoft Surface) also comprise means for entering information into said computer.  These devices may be configured to use one of a plurality of mobile operating systems (*e.g.*, iOS, Android, Fire, Windows) and browsers (*e.g.*, Safari, Google Chrome, Samsung Internet, Firefox, Opera).  These stations are also capable of receiving HTML code, processing HTML programming instructions and rendering HTML forms. |
| **1d(6).** means for selectively and interactively presenting to said operator interrelated textual and graphical data describing a plurality of transaction options, and for selectively retrieving data from said mass memory; | The station of the Accused System includes means for selectively and interactively presenting to said operator interrelated textual and graphical data describing a plurality of transaction options, and for selectively retrieving data from said mass memory.<br><br>For example, a representative station is an HP Compaq 6200 Pro Desktop PC (here, the claimed "station"), which includes Windows 7 operating system and Opera browser programs.  The operating system and browser of the representative station are capable of selectively and interactively presenting to said operator interrelated textual and graphical data describing a plurality of transaction options.<br><br>Non-limiting examples of interrelated textual and graphical data describing a plurality of transaction options include, but are not necessarily limited to, the following:<br>• Account creation;<br>• Account authentication;<br>• Shopping cart;<br>• Purchase order creation; and<br><br>As demonstrated by at least each of the transaction options listed above, the station of the Accused System includes means for selectively and interactively presenting to said operator interrelated textual and graphical data.  As evidence by the screenshots below, text and images are displayed in each case. |





**Source**: https://artofbeauty.com/content/ShoppingCart/.



**Source**: https://www.Artofbeauty.com//checkout.php

|  | Furthermore, as demonstrated by at least each of the transaction options listed above, the station of the Accused System includes means for selectively retrieving data from said mass memory.  The means for selectively retrieving data from said mass memory includes computerized instructions related to retrieving data from both volatile memory (*e.g.*, Random Access Memory, a/k/a RAM) and persistent memory (*e.g.*, the station's hard drive.<br><br>For example, when scrolling, less than all textual and graphical data describing transaction options is displayed.  In this case, the data pertaining to areas outside the viewable window (*e.g.*, above and below the current scroll location of the page) are held in the station's mass memory (*e.g.*, its volatile memory). |
|---|---|

43



https://www.Artofbeauty.com//furniture/living-room-furniture/sofas/

As another example, the HTTP Responses for certain requested files may specify caching rules that allow for storage of HTML, JavaScript and/or CSS files within the station's mass memory (*e.g.*, its persistent memory).

As yet another example, certain HTML form data may be configured to auto-fill and therefore rendering of a given HTML form may cause the station to fetch the auto-fill data (*e.g.*, username, password, street address, city, state, zip, phone, credit card number, expiration data, search query and/or other form data) from its mass memory (*e.g.*, its persistent memory).



**Source**: https://www.Artofbeauty.com//furniture/living-room-furniture/sofas/3443%20Charisma%20Linen/buy-the-sofa-and-loveseat-get-the-accent-chair-free-3443-charisma-linen3443-charisma-linen

|  | As yet another example, Defendant's website utilizes cookies to create a session over otherwise stateless HTTP transactions.  Cookie data is selectively retrieved from the mass memory of the station when submitting an HTTP Request.<br><br>HTML form data may be configured to auto-fill and therefore rendering of a given HTML form may cause the station to fetch the auto-fill data (*e.g.*, username, password, street address, city, state, zip, phone, credit card number, expiration data, search query and/or other form data) from its mass memory (*e.g.*, its persistent memory).<br>The HP Compaq 6200 Pro Desktop PC with Intel Pentium G620 Dual-Core Processor is provided as a non-limiting example.<br><br>Other stations comprise means for programming sequences of inquiring messages on said video display. Non-limiting examples of such stations include other desktop and laptop computers offered by HP as well as desktop and laptop computers offered by other computer manufacturers (*e.g.*, Dell, Lenovo, Apple), which may be configured to use any of a plurality of operating systems (*e.g.*, Windows, OS X, Linux or Unix operating systems) and browsers (*e.g.*, Google Chrome, Windows Explorer, Opera, Firefox, Safari).  These stations are capable of receiving HTML code, processing HTML programming instructions and rendering HTML forms.<br><br>Furthermore, mobile devices such as tablets and cellphones (*e.g.*, Apple iPhone, Apple iPad, Samsung Galaxy, Amazon Fire, Microsoft Surface) also comprise means for entering information into said computer.  These devices may be configured to use one of a plurality of mobile operating systems (*e.g.*, iOS, Android, Fire, Windows) and browsers (*e.g.*, Safari, Google Chrome, Samsung Internet, Firefox, Opera).  These stations are also capable of receiving HTML code, processing HTML programming instructions and rendering HTML forms. |
|---|---|

| 1e. means for storing information, inquiries, and orders for transactions entered by said operator via said means for entering information; | The station of the Accused System comprises means for storing information, inquiries, and orders for transactions entered by said operator via said means for entering information including, but not necessarily limited to, the station's volatile memory (*e.g.*, Random Access Memory a/k/a RAM) and/or persistent memory (*e.g.*, hard drive).<br><br>For example, a representative station is an HP Compaq 6200 Pro Desktop PC (here, the claimed "station"), which includes both volatile mass memory (*e.g.*, Random Access Memory a/k/a RAM) and persistent mass memory (*e.g.*, a hard drive), as evidence by the screenshots below.<br><br>**QuickSpecs** HP Compaq 6200 Pro Series<br>● DDR3 Synchronous Dynamic Random Access Memory (SDRAM)<br>**System Memory**  Part Number<br>HP 1 GB DIMM  AT023AA<br>**Data Storage Drives**<br>**160-GB Hard Disk Drives**<br>HP 160GB 10K rpm SATA 3.0Gb/s 2.5" Hard Disk Drive<br>Includes 3.5" adapter<br>**Source**: QuickSpecs documentation for HP Compaq 6200 Pro Series computer at pg. 3, 7-8, available from http://static.highspeedbackbone.net/pdf/HP Compaq 6200 Series Pro Desktop PC Quick Specs.pdf.<br><br>The HP Compaq 6200 Pro Desktop PC can also be configured with a 250-GB, 300-GB, 320-GB, 500-GB, 750-GB, or 1-TB hard disk drive or an 80-GB, 120-GB, 128-GB, 160-GB or 256-GB solid state drive.  *See Id.*, at pg. 8-9.<br><br>The station's volatile memory and/or persistent memory is capable of storing information (*e.g.*, user account information including username and password; personal information including name, surname, shipping addresses; and billing information including credit card data), inquiries (*e.g.*, HTML form data pertaining to inquiries, corresponding HTTP Requests, navigational information and cookie data) and orders (*e.g.*, session data and/or cookie data, shopping cart data, HTML form data pertaining to orders, and corresponding HTTP Requests) for transactions entered by said operator via the station's keyboard, touch pad, magnetic strip reader and interface for connecting the same to the station and/or equivalents thereto. |



**Source**: https://artofbeauty.com/content/SubmitOrder/?v=1.2.17b

**Application**

- Manifest
- Service Workers
- Clear storage

**Storage**

- Local Storage
- Session Storage
- IndexedDB
- Web SQL
- Cookies
  - https://artofbeauty.com
  - https://www.paypal.com
  - https://www.avochato.com
  - https://www.paypalobjects...

**Cache**

- Cache Storage
- Application Cache

**Background Services**

- Background Fetch
- Background Sync
- Notifications
- Payment Handler
- Periodic Background Sync
- Push Messaging

**Frames**

- top

| Name | Value | Domain | Path | Expires / Max-Age | Size | HttpOnly | Secure | SameSite | Priority |
|---|---|---|---|---|---|---|---|---|---|
| akavpau_ppsd | 1591736929~id=bf6d05d373aa78f864486b58bdf9ac5b | .www.paypal.com | / | Session | 58 | | ✓ | None | Medium |
| tsrce | smartcomponentnodeweb | .paypal.com | / | 2020-06-12T20:58:50.633Z | 26 | ✓ | ✓ | | Medium |
| x-pp-s | eyJ0JjoiMTU5MTczNjMyMTE2MyIsImwiOilwliwibSI6IjAifQ | .paypal.com | / | Session | 56 | | ✓ | None | Medium |
| LANG | en_US%3BUS | .paypal.com | / | 2020-06-10T05:44:46.633Z | 14 | | ✓ | | Medium |
| X-PP-L7 | | .paypal.com | / | Session | 8 | | ✓ | | Medium |
| nsid | s%3AdDfmzrMld56-FSWx8-wgzdShDT0wCZnt.Nja5I7AXRYYx... | www.paypal.com | / | Session | 86 | ✓ | ✓ | | Medium |
| x-cdn | akamai | .paypal.com | / | Session | 11 | | ✓ | | Medium |
| rNReference | 0991122121750793113116128008131095234046197170222... | www.zoya.com | / | 2021-06-10T00:58:40.516Z | 407 | ✓ | ✓ | | Medium |
| xAOB | 1 | .www.qtica.com | / | 2021-06-08T21:55:12.784Z | 5 | ✓ | ✓ | | Medium |
| rNReference | 0991122121750793113116128008131095234046197170222... | www.qtica.com | / | 2021-06-10T00:58:40.417Z | 407 | ✓ | ✓ | | Medium |
| X-PP-ADS | Obsh1bpwTE8sICzy4X2Pw... | D103.1qtR24uj5RLOEBRxxlWcg-DNwbrYArNpqoXkLokOQZw... | / | 2029-03-28T20:33:1T.107Z | 103 | | ✓ | | Medium |
| X-PP-SILOVER | name%3DLIVE5.WEB.1%26silo_version%3D880%26app%3Ds... | .paypal.com | / | 2022-05-19T21:28:50.633Z | 136 | | ✓ | | Medium |
| _ga | GA1.2.285536392.1553805185 | .paypal.com | / | 2023-12-19T22:12:28.000Z | 29 | | | | Medium |
| UGZUWCKM6F_awXE8Wy... | UGNl3wtbVaB01CG_qGlIhEkALEOKLU2O_M1-cxFBvYLq1LZj65... | .paypal.com | / | 2038-05-13T23:44:54.446Z | 118 | ✓ | ✓ | | Medium |
| login_email | patrick%40runally.com | .paypal.com | / | 2021-03-28T08:10:48.107Z | 32 | | ✓ | | Medium |
| rNReference | 0991122121750793113116128008131095234046197170222... | www.qticasmartspa.com | / | 2021-06-10T00:58:40.576Z | 407 | ✓ | ✓ | | Medium |
| rNReference | 0991122121750793113116128008131095234046197170222... | www.oylie.com | / | 2021-06-10T00:58:40.760Z | 407 | ✓ | ✓ | | Medium |
| rmuc | rGUnmvjn1U04wkuaWexlLuVEz7JjQgqNZzdEXcy1t1n6Mt4Ds... | .paypal.com | / | 2030-03-19T22:12:14.098Z | 159 | ✓ | ✓ | None | Medium |
| KHcl0EuY7AKSMgfvHI7J5E... | C5kEjZWWYFK3KxLfCNrTN5A13uY6tTv-bocWjA72kThIYUQ6F... | .paypal.com | / | 2040-03-14T22:12:31.590Z | 107 | ✓ | ✓ | None | Medium |
| rNReference | 0991122121750793113116128008131095234046197170222... | distributors.artofbeauty.com | / | 2021-06-10T00:58:40.833Z | 407 | ✓ | ✓ | | Medium |
| rNReference | 0991122121750793113116128008131095234046197170222... | www.artofbeauty.com | / | 2021-06-10T00:58:40.336Z | 407 | ✓ | ✓ | | Medium |
| xAOB | 1 | www.artofbeauty.com | / | 2021-06-08T21:40:07.640Z | 5 | ✓ | ✓ | | Medium |
| ts_c | vr%3D98d8f7801630a1152fcc1115fffe26a9%26vt%3D9ae0c4... | .paypal.com | / | 2023-06-09T20:58:42.108Z | 81 | | ✓ | None | Medium |
| rNReference | 0991122121750793113116128008131095234046197170222... | www.nakedmanicure.com | / | 2021-06-10T00:58:40.737Z | 407 | ✓ | ✓ | | Medium |
| rNReference | 0991122121750793113116128008131095234046197170222... | www.geliecure.com | / | 2021-06-10T00:58:40.733Z | 407 | ✓ | ✓ | | Medium |
| xAOB | 1 | artofbeauty.com | / | 2021-06-08T21:59:27.476Z | 5 | ✓ | ✓ | | Medium |
| ts | vreXpYrS%3D1686344321%26vteXpYrS%3D1591738121%26v... | .paypal.com | / | 2023-06-09T20:58:42.108Z | 127 | | ✓ | None | Medium |
| OrderTotal | 10 | .paypal.com | / | 2020-06-10T16:58:42.083Z | 12 | | ✓ | | Medium |
| ui_experience | login_type%3DEMAIL_PASSWORD%26home%3D2%26d_id%... | .paypal.com | / | 2022-03-07T09:49:47.007Z | 144 | | ✓ | None | Medium |
| cookie_check | yes | .paypal.com | / | 2028-08-30T20:42:58.932Z | 15 | | ✓ | | Medium |
| Order | | artofbeauty.com | / | 2020-06-10T00:58:52.728Z | 5 | ✓ | ✓ | | Medium |
| rNReference | 0991122121750793113116128008131095234046197170222... | artofbeauty.com | / | 2021-06-10T00:58:51.728Z | 407 | ✓ | ✓ | | Medium |
| aoblog | true | artofbeauty.com | / | Session | 10 | | ✓ | None | Medium |

**Source:** https://artofbeauty.com/content/SubmitOrder/?v=1.2.17b

| | |
|---|---|
| | The HP Compaq 6200 Pro Desktop PC with Intel Pentium G620 Dual-Core Processor is provided as a non-limiting example.<br><br>Other stations comprise both volatile and persistent memory to be used to store information, inquiries, and orders for transactions entered by said operator via said means for entering information.  Non-limiting examples of such stations include other desktop and laptop computers offered by HP as well as desktop and laptop computers offered by other computer manufacturers (*e.g.*, Dell, Lenovo, Apple), which may be configured to use any of a plurality of operating systems (*e.g.*, Windows, OS X, Linux or Unix operating systems) and browsers (*e.g.*, Google Chrome, Windows Explorer, Opera, Firefox, Safari).  These stations further utilize volatile and persistent memory along with means associated therewith for storing and retrieving textual and graphical data.<br><br>Furthermore, mobile devices such as tablets and cellphones (*e.g.*, Apple iPhone, Apple iPad, Samsung Galaxy, Amazon Fire, Microsoft Surface) also comprise both volatile and persistent memory to be used to store information, inquiries, and orders for transactions entered by said operator via said means for entering information.  These devices may be configured to use one of a plurality of mobile operating systems (*e.g.*, iOS, Android, Fire, Windows) and browsers (*e.g.*, Safari, Google Chrome, Samsung Internet, Firefox, Opera). These stations also further utilize volatile and persistent memory along with means associated therewith for storing and retrieving textual and graphical data. |
| **1f.** means for transmitting said inquiries and orders to said installation via said means for communicating; | The station of the Accused System comprises means for transmitting said inquiries and orders to said installation via said means for communicating, including a general purpose processor and programming specific to said processor to format, encapsulate and transmit data (including the inquiry and order data) to the installation via the station's modem (or equivalents), over telephone lines or other communication networks (or equivalents) to the communication control unit (or equivalents) of the installation.<br><br>For example, a representative station is an HP Compaq 6200 Pro Desktop PC (here, the claimed "station"), which includes Windows 7 operating system and Opera browser program.  The operating system and browser of the representative station are capable of crafting application layer protocol messages (*e.g.*, HTTP Requests), which are encapsulated within transport layer packets (*e.g.*, TCP Segments) and then further encapsulated within network layer packets (*e.g.*, IP Datagrams) for transmission over an IP datagram network.<br><br>The programming of Defendant's website specifies how the inquiries and orders are to be transmitted by the station by specifying the data to be included in the transmission (*e.g.*, HTML form data included within an HTTP Request) and the end-point the data should be transmitted to (*e.g.*, the port number and IP address of the installation of the Accused System such as Defendant's web servers located on the World Wide Web at https://www.Artofbeauty.com/ and IP address 66.6.173.46, as of the preparation of these Contentions).<br><br>According to the programming provided by Defendant's website, the representative station's browser encapsulates inquiries and orders within the specified application, transport and network layer data structures for transmission to the installation via the station's modem (or equivalents), over telephone lines or other communication networks (or equivalents) to the communication control unit (or equivalents) of the installation.<br><br>Non-limiting exemplary evidence of the means for transmitting an *inquiry* (as shown by the HTTP Request below) via the means for communicating (as shown by the receipt of a corresponding HTTP Response) is provided by the screenshot below. |

**Source:** Network data showing an inquiry is encapsulated within an HTTP Request and transmitted via the means for communicating. *See* https://www.Artofbeauty.com/

Furthermore, non-limiting exemplary evidence of the means for transmitting an *order* (as shown by the HTTP Request below) via the means for communicating (as shown by the receipt of a corresponding HTTP Response) is provided by the screenshot below.



**Source:** Network data showing an order is encapsulated within an HTTP Request and transmitted via the means for communicating. *See* https://www.Artofbeauty.com///

| | The HP Compaq 6200 Pro Desktop PC with Intel Pentium G620 Dual-Core Processor is provided as a non-limiting example. |
|---|---|
| | Other stations comprise means for transmitting said inquiries and orders to said installation via said means for communicating. Non-limiting examples of such stations include other desktop and laptop computers offered by HP as well as desktop and laptop computers offered by other computer manufacturers (*e.g.*, Dell, Lenovo, Apple), which may be configured to use any of a plurality of operating systems (*e.g.*, Windows, OS X, Linux or Unix operating systems) and browsers (*e.g.*, Google Chrome, Windows Explorer, Opera, Firefox, Safari).  As such, these stations are capable of crafting application layer protocol messages (*e.g.*, HTTP Requests), which are encapsulated within transport layer packets (*e.g.*, TCP Segments) and then further encapsulated within network layer packets (*e.g.*, IP Datagrams) for transmission to the installation of the Accused System using the means for communicating. |
| | Furthermore, mobile devices such as tablets and cellphones (*e.g.*, Apple iPhone, Apple iPad, Samsung Galaxy, Amazon Fire, Microsoft Surface) also comprise means for transmitting said inquiries and orders to said installation via said means for communicating.  These devices may be configured to use one of a plurality of mobile operating systems (*e.g.*, iOS, Android, Fire, Windows) and browsers (*e.g.*, Safari, Google Chrome, Samsung Internet, Firefox, Opera).  As such, these stations are *also* capable of crafting application layer protocol messages (*e.g.*, HTTP Requests), which are encapsulated within transport layer packets (*e.g.*, TCP Segments) and then further encapsulated within network layer packets (*e.g.*, IP Datagrams) for transmission to the installation of the Accused System using the means for communicating. |
| **1g.** means for receiving data comprising operator-selected information and orders from said installation via said means for communicating; and | The station of the Accused System comprises means for receiving data comprising operator-selected information and orders from said installation via said means for communicating, including a general purpose processor and programming specific to said processor to receive data (including operator-selected information and order data) from the installation via the station's modem (or equivalents), over telephone lines or other communication networks (or equivalents) from the communication control unit (or equivalents) of the installation.

For example, a representative station is an HP Compaq 6200 Pro Desktop PC (here, the claimed "station"), which includes Windows 7 operating system and Opera browser program.  The operating system and browser of the representative station are capable of receiving application layer protocol messages (*e.g.*, HTTP Responses), which are encapsulated within transport layer packets (*e.g.*, TCP Segments) and then further encapsulated within network layer packets (*e.g.*, IP Datagrams) for transmission over an IP datagram network.

Thus, the programming of Defendant's website specifies how the operator-selected information and orders are to be sent by specifying the data to be included (*e.g.*, HTML, XML, JSON or other data types encapsulated with an HTTP Response) and the data's destination by specifying the station it should be delivered to (*e.g.*, by encapsulating the HTTP Response in the necessary transport and network layer protocols and specifying the port and IP address of the station).  The data is then delivered from the installation to the station where it is received via the means for communicating.

Upon receipt, the operating system and browser application running on the processor of the station decapsulates the data contained within the network, transport and application layer protocols in order to receive the operator-selected information and orders data itself.

Non-limiting exemplary evidence of the means for receiving data comprising *operator-selected information* (as shown by the HTTP Response below) and the receipt of said data via the means for communicating (as shown by the previous transmission of an HTTP Request requesting such information) is provided by the screenshot below. |

54



**Source:** Network data showing operator-selected information is encapsulated within an HTTP Response and received by the station via the means for communicating. *See* https://www.Artofbeauty.com///

| | Furthermore, non-limiting exemplary evidence of the means for receiving data comprising *orders* (as shown by the HTTP Response below) and the receipt of said data via the means for communicating (as shown by the previous transmission of an HTTP Request requesting such information) is provided by the screenshot below. |
|---|---|



**Source:** Network data showing orders information is encapsulated within an HTTP Response and received by the station via the means for communicating. *See* https://www.Artofbeauty.com//view-cart/

| | The HP Compaq 6200 Pro Desktop PC with Intel Pentium G620 Dual-Core Processor is provided as a non-limiting example. |
|---|---|
| | Other stations comprise means for receiving data comprising operator-selected information and orders from said installation via said means for communicating. Non-limiting examples of such stations include other desktop and laptop computers offered by HP as well as desktop and laptop computers offered by other computer manufacturers (*e.g.*, Dell, Lenovo, Apple), which may be configured to use any of a plurality of operating systems (*e.g.*, Windows, OS X, Linux or Unix operating systems) and browsers (*e.g.*, Google Chrome, Windows Explorer, Opera, Firefox, Safari). As such, these stations are capable of receiving application layer protocol messages (*e.g.*, HTTP Responses), which are encapsulated within transport layer packets (*e.g.*, TCP Segments) and then further encapsulated within network layer packets (*e.g.*, IP Datagrams), from the installation of the Accused System using the means for communicating.<br><br>Furthermore, mobile devices such as tablets and cellphones (*e.g.*, Apple iPhone, Apple iPad, Samsung Galaxy, Amazon Fire, Microsoft Surface) also comprise means for receiving data comprising operator-selected information and orders from said installation via said means for communicating. These devices may be configured to use one of a plurality of mobile operating systems (*e.g.*, iOS, Android, Fire, Windows) and browsers (*e.g.*, Safari, Google Chrome, Samsung Internet, Firefox, Opera). As such, these stations are *also* capable of receiving application layer protocol messages (*e.g.*, HTTP Responses), which are encapsulated within transport layer packets (*e.g.*, TCP Segments) and then further encapsulated within network layer packets (*e.g.*, IP Datagrams), from the installation of the Accused System using the means for communicating. |
| **1h.** means for interactively directing the operation of said computer, video display, data receiving and transmitting means, and mass memory comprising means for holding an operational sequencing list, means for processing said operator-entered information, inquiries, and orders according to backward-chaining and forward- chaining sequences, and means responsive to the status of said computer, display, mass memory, and data receiving and transmitting means for controlling their operation; | The installation of Accused System comprises means for interactively directing the operation of said computer, video display, data receiving and transmitting means, and mass memory, including the ability to transmit properly formatted data to the station in response to received requests.<br><br>For example, the installation of the Accused System transmits HTML, CSS and JavaScript code encapsulated within HTTP Reponses messages in order to provide structured content, display instructions and to interactively direct the operation of the station's computer, video display, data receiving and transmitting means and mass memory through the station's operating system and browser.<br><br>For instance, the code provided by the installation to the station causes the computer to display web content on the station's video display. |



**Source:** https://www.Artofbeauty.com

59

Furthermore, the code provided by the installation to the station causes the computer to transmit additional HTTP Request and receive corresponding HTTP Responses.



**Source:** https://www.Artofbeauty.com//

Additionally, the code provided by the installation to the station causes the computer to load and properly structure data in the station's volatile and persistent memory (*e.g.*, Document Object Model a/k/a DOM, the

received HTML, CSS and JavaScript code comprising Defendant's website, catchable content, and cookie data) as well as retrieve data from the same (*e.g.*, cached content, cookie data, and HTML autofill form data).

The installation of the Accused System provides the aforementioned HTML, CSS and JavaScript code that comprises Defendant's website so as to be compatible with stations used by employees and customers of the website.

For example, a representative station is an HP Compaq 6200 Pro Desktop PC.  The architecture of the representative station, the HP Compaq 6200 Pro Desktop PC, is such that DMA functionality in the I/O device is serviced by x1 Lane of PCI Express serial link constituting the System I/O path that directly transfers data to System Memory through the System Memory Controller; this path is in addition to the separate transfer path from the processor to System Memory using the same Memory Controller.  The representative terminal's chipset is structured according to the "PCI Express" bus architecture standard.

# QuickSpecs

HP Compaq 6200 Pro Series

*Technical Specifications - Communications*

| | |
|---|---|
| Bus architecture | PCI Express and SMBus |
| System Interface | PCI Express x1 |
| Controller | Intel WG82574L Gigabit Ethernet Controller |
| Memory | Integrated Dual 48K configurable transmit receive FIFO Buffers |
| Data rates supported | 10/100/1000 Mbps |
| Compliance | IEEE 802.1P, 802,1Q, 802.2, 802.3, 802.3AB and 802.3u compliant, 802.3x flow control |
| Bus architecture | PCI-E 1.0a |
| Data path width | X1, 250 MB/s, Bi-directional interface |
| Data transfer mode | Bus-master DMA |

Ex. F at 23 & 24 (excerpted from "QuickSpecs" for HP Compaq 6200 Pro Series)

*See generally* https://en.wikipedia.org/wiki/PCI_Express  & https://en.wikipedia.org/wiki/System_Management_Bus

Here, the processor, along with its architecture wherein the terminal's DMA functionality is achieved along a bus positioned separately from the processor's front-side bus.   Like the architecture of the station illustrated in Fig. 2 of the '508 Patent, this architecture achieves a separation between the terminal's performance-critical capabilities handled by the CPU and other, less performance-critical capabilities such as communication (input/output or "IO"), including the DMA functionality.   The representative station is thereby able to interactively direct the operation of the "video display" as well as the "data receiving and transmitting means," and "mass memory," here the monitor, the modem communicating through the internet, and the RAM and hard disk drive, respectively.  Accessing the Art of Beauty website in an interactive way, according to backward and

forward chaining sequences, requires concurrent use of these components: when the representative terminal accesses the Art of Beauty website, it receives data via its modem, which is stored in RAM Memory and in the hard disk drive, compiled and output on the monitor.



<u>FIG. 2</u>

The representative station uses an HP 2010 monitor, here the claimed "video display."  Landmark contends that its video screen is representative of those employed on the stations that Art of Beauty uses internally, as well as those used by Art of Beauty' customers and Art of Beauty internally.  Indeed, Art of Beauty' website is formatted, through its code, to render on video screens of various sizes, such as on iPads and iPhones.

The sample of code from Art of Beauty' website below shows that Defendant's website is interactively directing the operation of the computer:



```
1 /*! jQuery v3.4.1 | (c) JS Foundation and other contributors | jquery.org/license */
2 !function(e, t) {
      "use strict";
      "object" == typeof module && "object" == typeof module.exports ? module.exports = e.document ? t(e, !0) : function(e) {
          if (!e.document)
              throw new Error("jQuery requires a window with a document");
          return t(e)
      }
      : t(e)
  }("undefined" != typeof window ? window : this, function(C, e) {
      "use strict";
      var t = []
      , E = C.document
      , r = Object.getPrototypeOf
      , s = t.slice
      , g = t.concat
      , u = t.push
      , i = t.indexOf
      , n = {}
      , o = n.toString
      , v = n.hasOwnProperty
      , a = v.toString
      , l = a.call(Object)
      , y = {}
      , m = function(e) {
          return "function" == typeof e && "number" != typeof e.nodeType
      }
      , x = function(e) {
          return null != e && e === e.window
      }
      , c = {
          type: !0,
          src: !0,
          nonce: !0,
          noModule: !0
      };
      function b(e, t, n) {
          var r, i, o = (n = n || E).createElement("script");
          if (o.text = e,
          t)
              for (r in c)
```

**Source:** Screenshot of JavaScript program instructions provided from Defendant's website to the station. *See* https://www.Artofbeauty.com//

These excerpts of code are representative the Accused Instrumentality capability of executing inquiries provided by the user in order to search said textual and graphical information through the selected entry path means and for fetching data as a function of other data.

The installation of the Accused System comprises means for holding an operational sequencing list including, but not necessarily limited to, a processor and programming compatible with the processor to service various end-points of Defendant's website.  The submission of data to a given end-point (*e.g.*, via an HTTP Request addressed to the end-point) is configured by the programming of Defendant's website to cause the display of subsequent content and inquiries.  As such, the installation of the Accused System holds operational sequencing lists pertaining to requests, responses, inquiries, items, orders and other structures.

For example, the screenshots below evidence a sequence of steps used to (a) add products to a shopping cart, (b) create a customer account (if one has not already been create), (c) provide shipping information and (d)

| 1i. said means for processing including means for analyzing said operator-entered information and means, responsive to said means for analyzing, for presenting additional inquiries in response to said operator-entered information; | The means for processing of the installation of the Accused System comprises means for analyzing said operator-entered information and means, responsive to said means for analyzing, for presenting additional inquiries in response to said operator-entered information. |
| --- | --- |
| |  |
| | The means for analyzing said operator-entered information includes, but is not necessarily limited to, a processor and programming specific to the processor to evaluate the information entered by an operator at a station |

| | and sent by the means for transmitting inquiries and orders to said installation. |
|---|---|
| | For example, upon receipt of such information, the installation of the Accused System analyzes the information for at least the following: |
| | • completeness and accuracy of account credentials such as username and password; |
| | • completeness and accuracy of shipping address information; |
| | • completeness and accuracy of billing information, including credit card number, expiration date and billing address; |
| | • validity of provided payment information. |
| | |
| | In addition, in response to the analyses performed, the installation of the Accused System comprises means for presenting additional inquiries in response to the operator-entered information including, but not necessarily limited to a processor and programming specific to the processor to determine if an when an additional inquiry must be sent from the installation to the station in response to the operator-entered information. |
| | |
| | For example, upon receipt and analysis of operator-entered information, the installation of the Accused System may present one or more additional inquiries n each of the following scenarios: |
| | |
| | Should the analysis of operator-entered information determine that account credentials (*e.g.*, username or password are incomplete or inaccurate), the following additional inquiry is presented at the station, thereby evidencing the installation's ability to perform the claimed limitation. |

**Source:** Login page of Defendant's website after entering an incorrect password, available on the World Wide Web at https://artofbeauty.com/content/AccountInfo/?account-page=billing-shipping.

| | Should the analysis of operator-entered information determine that shipping address information is incomplete or inaccurate, the following additional inquiry is presented at the station, thereby evidencing the installation's ability to perform the claimed limitation. |
| --- | --- |



**Source**: https://www.Artofbeauty.com/

Should the analysis of operator-entered information determine that billing information, including credit card number, expiration date and/or billing address information is incomplete or inaccurate, the following additional inquiry is presented at the station, thereby evidencing the installation's ability to perform the claimed limitation.



**Source**: https://www.Artofbeauty.com//checkout.php

Should the analysis of operator-entered information determine that the validity of the provided payment information is incomplete or inaccurate, the following additional inquiry is presented at the station, thereby

69

| | evidencing the installation's ability to perform the claimed limitation. |
|---|---|



| | |
|---|---|
| | **Source:** https://www.artofbeauty.com/content/SubmitOrder/<br><br>The precise manner in which the Accused System analyzes the operator-entered information is not publically available. This is a software limitation and the software of the Accused System is not publically available. Plaintiff reserves the right to supplement these infringement contentions once it has been afforded the opportunity to review and inspect the internal hardware (*e.g.*, data processors and other internal components), and software (*e.g.*, software and firmware) of the installation of the Accused System. |
| **1j.** said computerized installation further including: | As evidenced below, the computerized installation further includes:<br><br>1j(1). means responsive to items received from said station for immediately transmitting selected data retrieved from said database to said station; and<br>1j(2). means responsive to an order received from said station for updating data in said database including means for correlating to a particular set of data received from said station. |
| **1j(1).** means responsive to items received from said station for immediately transmitting selected data retrieved from said database to said station; | The computerized installation of the Accused System comprises means responsive to items received from said station for immediately transmitting selected data retrieved from said database to said station.<br><br>For example, in response to an item received from the station (*e.g.*, data included in an HTTP Request), the installation of the Accused System is capable of retrieving data from the database (*e.g.*, product information such as specification or availability, customer information such as account billing or shipping information, or other data stored in the databse) and transmitting selected portions of that data to the station (*e.g.*, by including it in the headers and/or body of an HTTP Response).<br><br>Non-limiting evidence of the practice of this limitation by the installation of the Accused System includes, but is not necessarily limited to, at least the following use-case scenarios:<br><br>**Account login use case.**  In response to the data items username and password being received from a station, the installation immediately transmits selected data retrieved from the database including customer account data back to the station. |



**Source:** Logging into an account causes data items in the database to be processed.  *See* https://www.artofbeauty.com/content/SubmitOrder// \\

| | **Adding a product to the shopping cart use case.**  In response to data items concerning a product to be added to the shopping cart (*e.g.*, product identifiers, quantity and customization options such as color or size) being received from a station, the installation immediately transmits selected data retrieved from the database regarding the user's shopping cart and the chosen product back to the station. |
|---|---|



*Source:* Submitting a purchase order causes data items in the database to be processed.  *See* https://www.Artofbeauty.com//view-cart

| | |
|---|---|
| | **Submitting a purchase order use case.** In response to data items concerning a purchase order (*e.g.*, data items pertaining to the user's account, the products to be purchased, shipping information, billing information and other data items related to the purchase order) being received from a station, the installation immediately transmits selected data retrieved from the database regarding the user's account back to the station. |



**Source**: https://www.artofbeauty.com/content/SubmitOrder/

| | |
|---|---|
| | **Reviewing a product use case.** In response to data items concerning a product review (*e.g.*, data items pertaining to a user's account, the product to be reviewed and the review itself) being received from a station, the installation immediately transmits selected data retrieved from the database regarding the user's account, product and/or review back to the station. |



**Source:** https://www.artofbeauty.com/content/category/Zoya_Nail_Polish.html?col=ZP859/

| | |
|---|---|
| **1j(2).** Means responsive to an order received from said station for updating data in said database including means for correlating to a particular set of data received from said station; | The computerized installation of the Accused System comprises means responsive to an order received from said station for updating data in said database.<br><br>When an order is placed, data pertaining to an order received from the station causes an update of data in the database.  For example, non-limiting evidence of the updating of data in the database includes, but is not necessarily limited to, the customer's "Order History."  As the screenshots below demonstrate, the customer's "Order History" is previously "empty," prior to placing a first order.  However, after the installation receives a first order from the customer, the order is listed on the customer's "Order History" page. |



**Source:**  https://www.artofbeauty.com/content/SubmitOrder/

The means responsive to an order received from said station for updating data in said database further include means for correlating data in the database to a particular set of data received from said station.

| | For example, the installation of the Accused System correlates the order received from said station to a particular set of other data received from the station. |
|---|---|
| | This includes the correlation of previously received customer account information (*e.g.*, username, password, name, shipping address) to the order received from the station.  As such, the order received form the station is correlated to the customer's account and therefore can be shown on the customer's "Order History" page as demonstrated by the screenshots above. |
| | As another example, the installation of the Accused System correlates data in the database to a particular set of data received from the station. |
| | This includes the correlation of inventory level and/or product availability information in the database to a particular item included in the order received from the station.  Upon information and belief, Defendant's website correlates available product inventory to purchase orders so as not to allow the submission of purchase orders for which there is no product inventory.  Herein, inventory levels are not received from the customer's station, however the products included in the order received from the customer's station is correlated to the inventory level data in the database. |
| **1k.** whereby said system can be used by a plurality of entities, each using one of said stations, to exchange data, and to respond to inquiries and orders instantaneously or over a period of time. | The Accused System can be used by a plurality of entities, each using one of said stations, to exchange data, and to respond to inquiries and orders instantaneously or over a period of time. |
| | For example, Art of Beauty' website can be accessed by numerous customers from all over the world by connecting to the Internet.  In the case of each customer (end-user), the customer uses their own station (*e.g.*, a traditional computer such as a desktop or laptop, or mobile device such as a cellphone or tablet).  The means of communicating (including the station's modem (or equivalents), telephone lines or other communication networks (or equivalents) and the installations communication control unit (or equivalents)) along with the other claimed limitation, allow for the exchange of data and for the entities to respond to inquiries and orders instantaneously or over a period of time. |
| | For example, employees of Art of Beauty can list products for sale on the website of the Accused System and determine the types of information that must be collected in order to process a purchase order submitted by customers of Art of Beauty (*e.g.*, products to purchase, customer account information, name, shipping address, payment information including credit card number, and billing address). |
| | Correspondingly, customers of Art of Beauty can browse products offered for sale on the website of the Accused System and provide information in response to that which must be collected in order to process a purchase order. |
| | Furthermore, in response to a submitted order, upon information and belief, employees of Art of Beauty are capable of reviewing details pertaining to a customer's order (*e.g.*, products purchased, customer account information, name, shipping address, payment information including credit card number and billing address) in order to perform order fulfillment. |